Dale R. Cockrell
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
P.O. Box 7370
Kalispell, MT 59904-0370
Tel (406) 751-6000
Fax (406) 756-6522
Email: dcockrell@mcgalaw.com

*Attorneys for Defendant Depositors Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TRACY SCHERPING, STEFANI HEAVILIN, DAVID SCHERPING, and SCHERPING ENTERPRISES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPOSITORS INSURANCE COMPANY,<br><br>Defendant. | Cause No. CV-20-0184-DLC-KLD<br>Hon. Kathleen DeSoto<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that Plaintiffs' claims against Defendant Depositors Insurance Company in the above-captioned action have been fully and finally compromised and settled on the merits, and counsel requests the Court's Order dismissing the above-captioned action with prejudice.

A proposed *Order for Dismissal with Prejudice* is attached for the Court's consideration.

Dated this 18th day of October, 2021.

        MOORE, COCKRELL,
        GOICOECHEA & JOHNSON, P.C.

        /s/ Dale R. Cockrell
        Dale R. Cockrell
        MOORE, COCKRELL,
        GOICOECHEA & JOHNSON, P.C.
        P.O. Box 7370
        Kalispell, MT 59904-0370
        Telephone: (406) 751-6000
        Email: dcockrell@mcgalaw.com

        *Attorneys for Defendant Depositors Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing document was served upon the following individuals by the means designated below:

[ ] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Facsimile  
[ ] E-Mail  
[X] CM/ECF  

Alex K. Evans  
Wayne E. Olson  
Glacier Law Firm, PLLC  
165 Commons Loop Suite 3  
Kalispell, MT 59901  
alex@glacierlawfirm.com  
wayne@glacierlawfirm.com  

*Attorneys for Plaintiffs*

Dated this 18th day of October, 2021.

/s/ Dale R. Cockrell  
Dale R. Cockrell  
dcockrell@mcgalaw.com