IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRACY SCHERPING, STEFANI HEAVILIN, DAVID SCHERPING, and SCHERPING ENTERPRISES, INC.<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>DEPOSITORS INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CV 20-184-M-KLD<br><br>ORDER |

　　　The parties have filed a written stipulation to dismiss pursuant to Federal Rule of Civil Procedure 41 on the ground that Plaintiffs' claims against Defendant Depositors Insurance Company have been fully and finally compromised and settled on the merits. The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

　　　IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

　　　IT IS FURTHER ORDERED that all deadlines are VACATED and the jury

1

trial scheduled for August 22, 2022 is VACATED.

The Clerk of Court is directed to close the case file.

DATED this 19th day of October, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge